Jack Thomas SPIVEY, Appellant,

v.

The STATE of Texas, Appellee.

No. 28549.

Court of Criminal Appeals of Texas.

Oct. 31, 1956.

Ace Orist MILES, Appellant,

v.

The STATE of Texas, Appellee.

No. 28529.

Court of Criminal Appeals of Texas.

Oct. 31, 1956.

No attorney for appellant of record on appeal.

Dan Walton, Dist. Atty., Eugene Brady and Thomas D. White, Asst. Dist. Attys., Houston, and Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is aggravated assault and battery; the punishment, a fine of $100.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is rape; the punishment, 99 years in the penitentiary.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.